HANNAH COLEMAN, plaintiff in error, *vs.* W. A. RANSOM & COMPANY *et al.*, defendants in error.

Practice Supreme Court. Service of bill of exceptions. From Muscogee county. May Term, 1870.

There was no entry of service upon the bill of exceptions, and for want of service defendant moved to dismiss the cause. Plaintiff's counsel said, if time was given he could prove that a copy of the bill of exceptions was served upon the party or his counsel. The Court replied that time could not be given; that service must appear on the bill of exceptions, by an acknowledgement, or by a return of an officer or affidavit of the party perfecting it, and dismissed the cause.

C. J. THORNTON; FARROW & THOMAS; G. E. THOMAS, for plaintiff in error.

CHAPPELL & RUSSELL, for defendant.

---

W. A. RANSOM & COMPANY, plaintiffs in error, *vs.* HANNAH COLEMAN, defendant in error.

Practice in Supreme Court. From Muscogee. May Term, 1870.

When this cause was called here, counsel for plaintiff in error moved to withdraw the record. Defendant's counsel objected, insisting that the cause should be argued and decided. As it was not to reverse a judgment for money, the Court held that it could be withdrawn, and that if it were a money judgment, plaintiff could not withdraw without defendant's consent, as she would then have a right to have the cause heard and ask for damages for delay.

CHAPPELL & RUSSELL, for plaintiff in error.

FARROW & THOMAS; G. E. THOMAS; THORNTON & SPENCER, for defendant.